FILED
2010 OCT 18 PM 12:51
CLERK
U.S. BANKRUPTCY
COURT - PGH

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In re:

Jeanine Lee Jackson,
 Debtor,

Case No. 04-34323/TPA
Related to Doc. No. 67

North American Trading Group,
 Movant,

Chapter 13

Jeanine Lee Jackson and
Ronda J. Winnecour, Trustee,
 Respondents.

AND NOW, this **18th** day of ***October***, 2010, upon consideration of Motion for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C.A. §347 and 28 U.S.C.A. §2041, et. seq., it is hereby ordered that said motion is granted. Payment in the amount of $3,614.52 shall be issued to North American Trading Group, Inc. c/o its attorneys of record.



The Honorable Thomas P. Agresti

cgt

Case Administrator to mail to: Debtor, Counsel for Debtor, Chapter 13 Trustee, Sharon Menchyk, Esq., North American Trading Group, Inc., Office of the U.S. Trustee and Albert Schollgert - Office of the U.S. Attorney

{S0221117.1}