**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2010 OCT 19 PT 3:57
CLERK
U.S. BANKRUPTCY
COURT - PGH

| | | |
|---|---|---|
| IN RE: Jeanine L. Jackson | ) | BK Case 04-34323-TPA |
| | ) | Chapter 13 |
| Ronda Winnecour | ) | |
| Trustee, Movant | ) | Related to Docket No. 74, 83 |
| | ) | |
| | ) | Hearing date 10/27/10 @11:30am |
| v. | ) | |
| Jeanine L. Jackson | ) | |
| Debtor, Respondent | ) | |
| Duquesne Light | ) | |
| Creditor | ) | |

ORDER OF COURT

AND NOW, this **19th** day of **October, 2010,** it is hereby ORDERED, ADJUDGED, AND DECREED that the above motion is withdrawn and the hearing scheduled in this matter for 10/27/10 @ 11:30am is hereby canceled.

BY THE COURT

*[signature]*
UNITED STATES BANKRUPTCY JUDGE

cgt